■ The People of the State of New York, Respondent, v Brian Irwin, Appellant. [845 NYS2d 211]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Green and Pine, JJ.

■ The People of the State of New York, Respondent, v Michael R. Topolski, Appellant. [845 NYS2d 211]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Green, JJ.

■ The People of the State of New York, Respondent, v William M. Nichols, Appellant. [845 NYS2d 211]—Motion for writ of error coram nobis denied. Present—Gorski, J.P., Martoche, Smith and Pine, JJ.

■ The People of the State of New York, Respondent, v Timmie L. Haynes, Appellant. [845 NYS2d 211]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Gorski, Smith and Pine, JJ.

■ The People of the State of New York, Respondent, v Willie White, Also Known as Carl McClelland, Appellant. [845 NYS2d 211]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Pine, JJ.

■ The People of the State of New York, Respondent, v Cleotis Mercer, Appellant. [845 NYS2d 211]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.

■ The People of the State of New York, Respondent, v Edward W. Jackson, Appellant. [845 NYS2d 211]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.

■ Daniel Roosa et al., Appellants-Respondents, v Cornell Real Property Servicing, Inc., et al., Respondents-Appellants. David Christa Construction, Inc., Third-Party Plaintiff, v Spring Lake Excavating, Third-Party Defendant-Respondent-Appellant. [845 NYS2d 211]—Motion for reargument denied. Present—Martoche, J.P., Smith, Lunn, Fahey and Peradotto, JJ.

■ Kurt Brandhorst, Appellant, v Crucible Materials Corporation, Respondent. [845 NYS2d 211]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Lunn, Peradotto, Green and Pine, JJ.